required by the statute;* the proponent of the will has made a *prima facie* case, and were it not for the intruded and improper testimony of her physician it is by no means clear that a different result would not have been reached. While it is not a case in which this court should undertake to determine the facts, we think it is one where the determination of the surrogate should be founded upon competent evidence, and that a new trial may properly be ordered. The decree of the surrogate should be reversed, and a new trial ordered, with costs to abide the event. Lyon, J., concurred.

---

ANNA DEICHSEL, Respondent, v. RAY MASON, Appellant.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of NICOLINA GINGLIANO, Widow of VINCENZO GINGLIANO, Deceased, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Employer and Self-insurer, Appellant.— Motion granted.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MARY DOWNEY, Respondent, for Compensation under the Workmen's Compensation Law, for the Death of PATRICK DOWNEY, v. WILLIAM W. VANDEWATER, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award affirmed. All concurred.

In the Matter of the Claims of HAROLD S. BRIGHAM and Others v. THE CITY OF NEW YORK, under Section 42, Chapter 724 of the Laws of 1905, as Amended by Section 9, Chapter 314 of the Laws of 1906. (Damage Commission No. 4.) — Order unanimously affirmed, with costs.

THE NIGHT COMMANDER LIGHTING COMPANY, Respondent, v. LOUIS W. SCHUMAN, Appellant.— Motion denied, without costs, with leave to the respondent to renew the same at the next term of court, unless the case is printed and on the calendar for argument.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE H. MCEVOY, Appellant, v. EDWIN DUFFEY, as Commissioner of Highways of the State of New York, Respondent.— Order unanimously affirmed, without costs.

SLOANE FARM, EGG AND POULTRY COMPANY, Appellant, v. PERRY FOSTER, Respondent.— Motion denied.

THE UNION FORGING COMPANY, Respondent, v. SMITH MOTOR TRUCK CORPORATION, Appellant.— Motion denied.

HUDSON NAVIGATION COMPANY, Appellant, v. THE UNION TRUST COMPANY OF ALBANY, NEW YORK, and Others, Respondents.— Motion denied.

EDWIN K. HANLEY v. T. B. & L. M. MERCHANT and MERCHANT, WAITE & WAITE, Attorneys at Law.— Complaint dismissed.

KIRK-MAHER COMPANY, Suing in Behalf of Itself and All Other Creditors Similarly Situated, Respondent, v. FRANK J. HORTON, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except H. T. Kellogg, J., not voting.

CHARLES P. LYNCH, Respondent, v. J. JOHN HASSETT and Others, Appellants.— Motion denied.

---

* Decedent Estate Law (Consol. Laws, chap. 13; Laws of 1909, chap. 18), § 21. — [REP.